FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MOORE,<br><br>        Petitioner,<br><br>     v.<br><br>A.P. KANE, Warden,<br><br>        Respondent. | CASE NO. CV 05-07360 SVW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/11/08

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE